UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------
SUPER RITE FOODS, INC.,

                        Plaintiff,

       vs                                        1:04-CV-209

FRESH FARMS MARKET, INC.; REGINALD A.
SCOTT; GARY SHIELDS; and SCOTT
VENTURES I, LLC,

                        Defendants.
-------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DAILY, MOONEY & GLASTETTER, LLP<br>Attorneys for Plaintiff<br>8 Thurlow Terrace<br>Albany, NY 12203-1006 | F. MATTHEW JACKSON, ESQ.<br>JONATHAN D. DEILY, ESQ.<br>RICHARD C. MAIDER, ESQ. |
| NOLAN & HELLER, LLP<br>Attorneys for Defendant Reginald Scott<br>39 North Pearl Street<br>Albany, New York 12207 | JUSTIN A. HELLER, ESQ. |
| GORDON, SIEGEL, MASTRO,<br>   MULLANEY, GORDON & GALVIN, P.C.<br>Attorneys for Defendant Scott Ventures<br>Airport Park<br>9 Cornell Road<br>Latham, NY 12110 | HAROLD D. GORDON, ESQ.<br>MELANIE J. LaFOND, ESQ. |

DAVID N. HURD
United States District Judge

# O R D E R

Plaintiff moved for summary judgment against defendant Reginald A. Scott. Defendant Scott opposed. Oral argument was heard on December 9, 2005.

A decision granting plaintiff's motion was rendered from the bench. Plaintiff submitted supplemental affidavits in support of interest, attorneys' fees, and expenses. Defendant Scott submitted a letter in opposition.

The plaintiff has failed to make an adjustment for travel time.  Therefore, 10% of each attorney's total hours will be considered travel time and will be calculated at 50% of the allowed rate.  This results in a reduction of attorneys' fees of $5,268.30.

Therefore, it is

ORDERED that

1. Plaintiff Super Rite Foods, Inc.'s motion for summary judgment against defendant Reginald A. Scott is GRANTED;

2. Plaintiff Super Rite Foods, Inc. is awarded the amount of $498,980.70 against defendant Reginald A. Scott, comprising the Fresh Farms Market debt ($427,126.61), and pre-judgment interest at nine percent (9%) per annum from May 13, 2004 through December 30, 2005 ($71,854.09);

3. Plaintiff Super Rite Foods, Inc. is awarded the amount of $109,682.20 against defendant Reginald A. Scott, comprising attorneys' fees ($98,151.70) and expenses ($11,530.50) from February 19, 2004 through November 28, 2005;

4. Plaintiff, Super Rite Foods, Inc., is awarded the aggregate amount of $608,662.90 against the defendant Reginald A. Scott; and

5. The Bond posted in this matter is reduced to $75,000.00.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  December 30, 2005.
        Utica, New York.